# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

**FILED**

**JANUARY 29, 2008**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Timothy F.L. Hayes

v.

First Chicago Mortgage Co. et al.

Case Number:

**08 C 632**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Timothy F.L. Hayes

**JUDGE ZAGEL**
**MAGISTRATE JUDGE SCHENKIER**

| | |
|---|---|
| NAME (Type or print)<br> Alexander H. Burke | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/ Alexander H. Burke | |
| FIRM<br> Law Offices of Keith J. Keogh, Ltd. | |
| STREET ADDRESS<br> 227 W. Monroe Street, Suite 2000 | |
| CITY/STATE/ZIP<br> Chicago, Illinois   60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br> 6281095 | TELEPHONE  NUMBER<br> 312.726.1092 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐