U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                              Case Number: 08 C 632

TIMOTHY F.L. HAYES,
      Plaintiff
v.
FIRST CHICAGO MORTGAGE CO., et al.
      Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

KROLL FACTUAL DATA CORPORATION

| NAME (Type or print) |
| --- |
| Michael S. Mayer |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Michael S. Mayer |
| FIRM |
| Freeborn & Peters, LLP |
| STREET ADDRESS |
| 311 South Wacker Drive - Suite 3000 |
| CITY/STATE/ZIP |
| Chicago, IL  60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6290161 | (312) 360-6552 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

    Michael S. Mayer, one of the attorneys for Krolls Factual Data Corporation, hereby certifies that he caused Krolls Factual Data Corporation's to be filed electronically on February 27, 2008, with the Clerk of Court for the United States District Court for the Northern District of Illinois, via use of the Court's CM/ECF system, and, thereby, to be served electronically on February 27, 2008, on the following counsel:

>Alexander Holmes Burke
>Keith J. Keogh
>Law Offices of Keith J. Keogh, Ltd.
>227 West Monroe Street – Suite 2000
>Chicago, IL  60606


>s/Michael S. Mayer
>Michael S. Mayer

1493842v1