U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                Case Number: 08 C 632

TIMOTHY F.L. HAYES
    Plaintiff,
v.
FIRST CHICAGO MORTGAGE CO., et al.
    Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

KROLL FACTUAL DATA CORPORATION

| |
|---|
| NAME (Type or print)<br>Steven P. Gomberg, Esq. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Steven P. Gomberg |
| FIRM<br>Freeborn & Peters, LLP |
| STREET ADDRESS<br>311 South Wacker Drive, Suite 3000 |
| CITY/STATE/ZIP<br>Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 1004204 | 312-360-6647 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ✓     APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

      I hereby certify that on February 27, 2008, I electronically filed this **Appearance of Steven P. Gomberg** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Alexander Holmes Burke
Keith J. Keogh
Law Offices of Keith J. Keogh, Ltd.
227 West Monroe Street
Suite 2000
Chicago, IL 60606

                                      Respectfully Submitted,

                              By:  */s/Steven P. Gomberg*
                                       One of Its Attorneys

Steven P. Gomberg (IL Bar No. 1004204)
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606-6677
(312) 360-6647 Phone
(312) 360-6574 Fax
Firm No: 71182
sgomberg@freebornpeters.com