THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY F.L. HAYES, a resident of The United Kingdom,<br><br>Plaintiff,<br><br>v.<br><br>FIRST CHICAGO MORTGAGE CO., an Illinois corporation, JASON J. LAMBERT, an Illinois resident, KROLL FACTUAL DATA CORPORATION, a Colorado corporation, JOHN DOES 1-5, and ABC CORPORATIONS 1-5,<br><br>Defendants. | Case No. 08 C 632 |

TO: Alexander Holmes Burke
Keith J. Keogh
Law Offices of Keigh J. Keogh, Ltd.
227 West Monroe Street
Suite 20000
Chicago, IL 60606

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on the **6th day of March, 2008, at 10:15 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable James B. Zagel, or any judge sitting in his stead, presiding in courtroom 2503 of the Northern District of Illinois, Eastern Division, and then and there present Defendant Kroll Factual Data Corporation's Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint, a copy of which is hereby served upon you.

Respectfully submitted,

**KROLL FACTUAL DATA CORPORATION**

BY: ____/s/ Michael S. Mayer_____.
One of Its Attorneys

1495307v1

Steven P. Gomberg (#1004204)
Michael S. Mayer (#6290161)
Freeborn & Peters LLP
311 S. Wacker Drive, Suite 3000
Chicago, Illinois 60606-6677
(312) 360-6000

Counsel for Defendant Kroll Factual Data Corporation

Dated: February 29, 2008

## CERTIFICATE OF SERVICE

  I hereby certify that on February 29, 2008, I electronically filed the **Notice of Motion** for Kroll Factual Data Corporation's Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Alexander Holmes Burke
Keith J. Keogh
Law Offices of Keigh J. Keogh, Ltd.
227 West Monroe Street
Suite 20000
Chicago, IL 60606

          Respectfully Submitted,

        BY: _____/s/ Michael S. Mayer_____.
            Michael S. Mayer


Dated: February 29, 2008

1495307v1