AO 440 (Rev. 05/00) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS





**SUMMONS IN A CIVIL CASE**

Timothy F. L. Hayes, a resident of the United Kingdom,

V.

FIRST CHICAGO MORTGAGE CO., an Illinois corporation, JASON J. LAMBERT, an Illinois resident, KROLL FACTUAL DATA COPORATION, a Colorado corporation, JOHN DOES 1-5, and ABC CORPORATIONS 1-5

CASE NUMBER: **08 C 632**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

JUDGE ZAGEL
MAGISTRATE JUDGE SCHENKIER

TO: (Name and address of Defendant)

First Chicago Mortgage Co.
c/o Steven L. Venit, Registered Agent
3240 W. Irving Park
Chicago, IL 60618

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Keith J. Keogh
Alexander H. Burke
Law Offices of Keith J. Keogh
227 W. Monroe St., Ste 2000
Chicago, IL 60606

```
000198-1.6.1 02/11/08 16:08
REF CASE   # 08  000632
   1 FOREIGN WRIT           50.00
   1 MILEAGE                10.00
REF SHERIFF # 007209
   CASE TOTAL               60.00 *
```

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

_____
(By) DEPUTY CLERK

January 29, 2008
_____
Date

```
TYPE LAW            SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS     DISTRICT 044

SHERIFF'S NUMBER 007209-001D CASE NUMBER 08C632      DEPUTY: _Salinas 4800_

FILED DT 01-29-2008 RECEIVED DT 02-11-2008 DIE DT 02-27-2008 MULTIPLE SERVICE  1
    DEFENDANT                                  ATTORNEY
FIRST CHICAGO MORTGAGE CO.                     KEITH J. KEOGH
3240 W IRVING PARK RD                          227 W. MONROE ST.
CHICAGO IL. 60618                              CHICAGO IL. 60606

PLAINTIFF HAYES, TIMOTHY F. L.

SERVICE INFORMATION: CF    C/O STEVEN L. VENIT, R/A               FOREIGN
```

********************************************************************************
(A)   I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

.....1 PERSONAL SERVICE: BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
       NAMED DEFENDANT PERSONALLY.
.....2 SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT
       AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON
       RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF
       THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE
       _____ DAY OF _____ 20___, IN A SEALED ENVELOPE WITH POSTAGE FULLY
       PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
       SAID PARTY REFUSED NAME _____
.....3 SERVICE ON:    CORPORATION    COMPANY    BUSINESS    PARTNERSHIP
       BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE
       REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.
.....4 CERTIFIED MAIL _____

(B) THOMAS J. DART, SHERIFF, BY: _____4800_____, DEPUTY

    1 SEX _F_ M/F    RACE _WH_    AGE _50_
    2 NAME OF DEFENDANT FIRST CHICAGO MORTGAGE CO.
         WRIT SERVED ON _Christine McNichols (A.P.)_

      THIS _26_ DAY OF _Feb_, 20_08_ TIME _9:50_ A.M./P.M.

ADDITIONAL REMARKS _____

********************************************************************************

THE NAMED DEFENDANT WAS NOT SERVED.

TYPE OF BLDG _Office_                          ATTEMPTED SERVICES

NEIGHBORS NAME _____            DATE       TIME    A.M./P.M.

      ADDRESS _____              _____     ___:___   ____

         REASON NOT SERVED:                     _____     ___:___   ____
                        07 EMPLOYER REFUSAL
___ 01 MOVED            08 RETURNED BY ATTY     _____     ___:___   ____
___ 02 NO CONTACT       09 DECEASED
___ 03 EMPTY LOT        10 BLDG DEMOLISHED      _____     ___:___   ____
___ 04 NOT LISTED       11 NO REGISTERED AGT.
___ 05 WRONG ADDRESS    12 OTHER REASONS        _____     ___:___   ____
___ 06 NO SUCH ADDRESS  13 OUT OF COUNTY
                                                _____     ___:___   ____

FEE   .00    MILEAGE    .00    TOTAL    .00                          SG20