UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY F.L. HAYES, a resident of the United Kingdom,<br><br>     Plaintiff,<br>v.<br><br>FIRST CHICAGO MORTGAGE CO., an Illinois corporation, JASON J. LAMBERT, an Illinois resident, KROLL FACTUAL DATA CORPORATION, a Colorado corporation, JOHN DOES 1-5, and ABC CORPORATIONS 1-5,<br><br>     Defendants. | No.:   08 C 632 |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **April 10, 2008** at **10:15 a.m.**, we shall present the attached **Defendant, First Chicago Mortgage Co.'s, Motion to Appear and for Enlargement of Time to Respond to Civil Complaint** before the Honorable United States District **Judge Zagel** in Courtroom **2503** at the United States District Courthouse, Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, 60604. A true and correct copy of the motion has been served upon you.

　　　　　　　　　　　　　　　　　　　　　　　 /s/ Kevin W. Doherty
　　　　　　　　　　　　　　　　　　　　　　　Kevin W. Doherty

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion has been served on:

Aburke@keoghlaw.com                    mmayer@freebornpeters.com
sgomberg@freebornpeters.com     paul@mengedothlaw.com
Keith@Keoghlaw.com

by e-filing this **4th** day of **April**, 2008.

　　　　　　　　　　　　　　　　　　　　　　　 /s/ Todd E. Macey
　　　　　　　　　　　　　　　　　　　　　　　Todd E. Macey

Kevin W. Doherty (ARDC No.: 3128844)
Todd E. Macey (ARDC No.: 6286767)
DOHERTY & PROGAR LLC
200 West Adams Street, Suite 2220
Chicago, Illinois 60606
312/630-9630
312/630-9001 (fax)