**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Timothy F.L. Hayes

                           Plaintiff,

v.                                                                 Case No.: 1:08−cv−00632
                                                                 Honorable James B. Zagel

First Chicago Mortgage Co., et al.

                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 27, 2008:

      MINUTE entry before Judge Honorable James B. Zagel:Set hearing as to motion to dismiss [15] Response and/or amended complaint due by 4/17/2008. Reply due by 5/1/2008. Status hearing set for 6/12/2008 at 10:00 AM.)Mailed notice(drw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.