UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY F.L. HAYES, a resident of the United Kingdom | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No.: 08 C 632 |
| FIRST CHICAGO MORTGAGE CO., an Illinois corporation, JASON J. LAMBERT, an Illinois resident, KROLL FACTUAL DATA CORPORATION, a Colorado corporation, JOHN DOES 1-5, and ABC CORPORATIONS 1-5, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on **April 11, 2008**, we e-filed with the Clerk of the Northern District of Illinois, Eastern Division, **Defendant, First Chicago Mortgage Co.'s, Answer to Plaintiff's Complaint at Law,** a copy of which is attached hereto and served upon you.

    /s/ Kevin W. Doherty
Kevin W. Doherty

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Pleading has been served on:

Aburke@keoghlaw.com
sgomberg@freebornpeters.com
Keith@Keoghlaw.com

mmayer@freebornpeters.com
paul@mengedothlaw.com

by e-filing this  **11th**   day of  **April** , 2008.

    /s/ Todd E. Macey
Todd E. Macey

Kevin W. Doherty (ARDC No.: 3128844)
Todd E. Macey (ARDC No.: 6286767)
DOHERTY & PROGAR LLC
200 West Adams Street, Suite 2220
Chicago, Illinois 60606
312/630-9630
312/630-9001 (fax)