UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY F.L. HAYES, a resident of the United Kingdom,<br><br>Plaintiff,<br><br>v.<br><br>FIRST CHICAGO MORTGAGE CO., an Illinois corporation, JASON J. LAMBERT, an Illinois resident, KROLL FACTUAL DATA CORPORATION, a Colorado corporation, JOHN DOES 1-5, and ABC COPORATIONS 1-5,<br><br>Defendants. | Case No. 08 C 632<br><br>**PLAINTIFF'S NOTICE OF SERVICE OF INITIAL DISCLOSURES** |

### PLAINITFF HAYES' NOTICE OF SERVICE OF INITIAL DISCLOSURES

Pursuant to Rule 5(d), *Fed.R.Civ. Pro.*, Plaintiff Timothy F. L. Hayes gives notice that on May 13, 2008, he served, by first class United States mail, postage prepaid, the following:

- Plaintiff's Initial 26(a) Disclosure Statement

The foregoing was directed to each of the following at the address indicated:

Steven P. Gomberg (#1004204)
Michael S. Mayer (#6290161)
Freeborn & Peters LLP
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606-6677
Attorneys for Defendant Kroll Factual Data
Corporation

Kevin W. Doherty (# 3128844)
Todd E. Macey (# 6286767)
DOHERTY & PROGAR LLC
200 West Adams Street, Suite 2220
Chicago, IL 60606
Attorneys for Defendant First Chicago
Mortgage Co.

Keith J. Keogh
Alexander H. Burke
LAW OFFICES OF KEITH J. KEOGH, LTD.
227 W. Monroe St., Ste. 2000
Chicago, IL 60606
Co-counsel for Plaintiff Hayes

DATED this 13th day of May, 2008.          Respectfully submitted,

                                                  **MENGEDOTH LAW FIRM LLC**

                                                  ____/s Paul B. Mengedoth_____
                                                  Paul B. Mengedoth (AZ Bar No. 18507) (*pro hac vice*)
                                                  2425 E. Camelback Rd., Ste 600
                                                  Phoenix, Arizona 85016

                                                  Attorneys for Plaintiff Timothy F L Hayes

**CERTIFICATE OF SERIVCE**

      I hereby certify that on May 13, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to each of the following:

Steven P. Gomberg (#1004204)
Michael S. Mayer (#6290161)
Freeborn & Peters LLP
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606-6677
Attorneys for Defendant Kroll Factual Data
Corporation

2

Kevin W. Doherty (# 3128844)
Todd E. Macey (# 6286767)
DOHERTY & PROGAR LLC
200 West Adams Street, Suite 2220
Chicago, IL 60606
Attorneys for Defendant First Chicago Mortgage Co.

Keith J. Keogh
Alexander H. Burke
LAW OFFICES OF KEITH J. KEOGH, LTD.
227 W. Monroe St., Ste. 2000
Chicago, IL 60606
Co-counsel for Plaintiff Hayes


/s Paul B. Mengedoth