THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY F.L. HAYES, a resident of ) <br> The United Kingdom ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FIRST CHICAGO MORTGAGE CO., an ) <br> Illinois corporation, JASON J. LAMBERT, an ) <br> Illinois resident, KROLL FACTUAL DATA ) <br> CORPORATION, a Colorado corporation, ) <br> JOHN DOES 1-5, and ABC ) <br> CORPORATIONS 1-5, ) <br>     Defendants. ) | Case No. 08 C 632 <br><br> Judge Zagel |

## NOTICE OF MOTION

TO:   Kevin William Doherty      kwd@doherty-progar.com
      Steven Pascal Gomberg      sgomberg@freebornpeters.com
      Todd Edward                Macey tem@doherty-progar.com
      Michael Stewart Mayer      mmayer@freebornpeters.com
      Michael Joseph Progar      mjp@doherty-progar.com, sjl@doherty-progar.com

**PLEASE TAKE NOTICE** that on **June 12, 2008 at 10:15 a.m.**, I shall appear before the Honorable James B. Zagel in Room 2503 of the United States District Court, Northern District of Illinois, Eastern Division, and shall there and then present **PLAINTIFF'S MOTION TO STRIKE ARGUMENTS RAISED FOR FIRST TIME IN REPLY**, a copy of which has been filed with the Court's ECF System, and will be delivered to chambers in accordance with the Local Rule 5.2.

/s/Alexander H. Burke

Keith J. Keogh
Alexander H. Burke
LAW OFFICES OF KEITH J. KEOGH, LTD.
227 W. Monroe Street, Suite 2000
Chicago, Il 60606
312.726.1092/ 312.726.1093 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2008, I caused a true and correct copy of the foregoing to be served upon the individuals listed above via ECF electronic delivery.

/s/Alexander H. Burke