THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY F.L. HAYES, a resident of The United Kingdom<br>    Plaintiff,<br><br>v.<br><br>FIRST CHICAGO MORTGAGE CO., an Illinois corporation, JASON J. LAMBERT, an Illinois resident, KROLL FACTUAL DATA CORPORATION, a Colorado corporation, JOHN DOES 1-5, and ABC CORPORATIONS 1-5,<br>    Defendants. | Case No. 08 C 632<br><br>Judge Zagel |

## NOTICE OF MOTION

TO:   Kevin William Doherty        kwd@doherty-progar.com
      Steven Pascal Gomberg        sgomberg@freebornpeters.com
      Todd Edward                  Macey tem@doherty-progar.com
      Michael Stewart Mayer        mmayer@freebornpeters.com
      Michael Joseph Progar        mjp@doherty-progar.com, sjl@doherty-progar.com

   **PLEASE TAKE NOTICE** that on **June 12, 2008 at 10:15 a.m.**, I shall appear before the Honorable James B. Zagel in Room 2503 of the United States District Court, Northern District of Illinois, Eastern Division, and shall there and then present **PLAINTIFF'S MOTION TO EXTEND TIME TO SERVE COMPLAINT UPON DEFENDANT LAMBERT AND RULE WAIVER OF SERVICE EFFECTIVE**, a copy of which has been filed with the Court's ECF System, and will be delivered to chambers in accordance with the Local Rule 5.2.

                                           /s/Alexander H. Burke

Keith J. Keogh
Alexander H. Burke
LAW OFFICES OF KEITH J. KEOGH, LTD.
227 W. Monroe Street, Suite 2000
Chicago, Il 60606
312.726.1092/ 312.726.1093 (fax)

## CERTIFICATE OF SERVICE

   I hereby certify that on May 29, 2008, I caused a true and correct copy of the foregoing to be served upon the individuals listed above via ECF electronic delivery.

                                           /s/Alexander H. Burke