UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY F.L. HAYES, a resident of the United Kingdom )<br><br>Plaintiff, )<br>v. )<br> )<br>FIRST CHICAGO MORTGAGE CO., an Illinois corporation, JASON J. LAMBERT, an Illinois resident, KROLL FACTUAL DATA CORPORATION, a Colorado corporation, JOHN DOES 1-5, and ABC CORPORATIONS 1-5, )<br> )<br>Defendants. ) | No.:   08 C 632 |

### NOTICE OF SERVICE OF SUPPLEMENTAL DISCLOSURES

TO:   See Service List Attached

PLEASE TAKE NOTICE that on **June 5, 2008**, we served **Defendant, First Chicago Mortgage Co.'s, Supplemental Disclosures Pursuant to Rule 26(a),** by mailing a copy to the above-named attorneys at their addresses, with proper postage prepaid, and by depositing the same in the United States Post Office box located at 200 W. Adams Street, Chicago, Illinois, 60606.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Kevin W. Doherty
　　　　　　　　　　　　　　　　　　　　　　　　　　Kevin W. Doherty

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Service has been served on:

| | |
|---|---|
| Aburke@keoghlaw.com | mmayer@freebornpeters.com |
| sgomberg@freebornpeters.com | paul@mengedothlaw.com |
| Keith@Keoghlaw.com | |

by e-filing this  **5th**  day of  **June** , 2008.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Todd E. Macey
　　　　　　　　　　　　　　　　　　　　　　　　　　Todd E. Macey

Kevin W. Doherty (ARDC No.: 3128844)
Todd E. Macey (ARDC No.: 6286767)
DOHERTY & PROGAR LLC
200 West Adams Street, Suite 2220
Chicago, Illinois 60606
312/630-9630
312/630-9001 (fax)

**TIMOTHY F.L. HAYES V. FIRST CHICAGO MORTGAGE COMPANY, et Al.**
**COURT NO.:  08 C 632**

**Service List**

Keith James Keogh, Esq.
Alexander Holmes Burke, Esq.
Law Offices of Keith J. Keogh
227 West Monroe Street, #2000
Chicago, IL 60606
(312) 726-1092
***Attorney for Plaintiff***

Paul B. Mengedoth, Esq.
Mengedoth Law Firm LLC
2425 Camelback Road, Suite 600
Phoenix, AZ 85016
(602) 224-7878
***Attorney for Plaintiff***

Steven Pascal Gomberg, Esq.
Michael Mayer, Esq.
Freeborn & Peters, LLP
311 South Wacker, Suite 3000
Chicago, IL 60606
(312) 360-6647
(312) 360-6574 Fax
***Attorney for Defendant***