UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY F.L. HAYES, a resident of the United Kingdom,  )<br><br>Plaintiff,  )<br>v.  )<br>  )<br>FIRST CHICAGO MORTGAGE CO., an Illinois corporation, JASON J. LAMBERT, an Illinois resident, KROLL FACTUAL DATA CORPORATION, a Colorado corporation, JOHN DOES 1-5, and ABC CORPORATIONS 1-5,  )<br>  )<br>Defendants.  ) | No.: 08 C 632 |

## NOTICE OF FILING

   PLEASE TAKE NOTICE that on **June 6, 2008**, we e-filed with the Clerk of the Northern District of Illinois, Eastern Division, **Defendant, First Chicago Mortgage Co.'s, Response to Plaintiff's Motion to Extend Time to Serve Complaint upon Defendant Lambert and Rule Waiver of Service Effective,** a copy of which is attached hereto and served upon you.

                                                                  /s/ Kevin W. Doherty
                                                                  Kevin W. Doherty

## CERTIFICATE OF SERVICE

   I hereby certify that a true and correct copy of the foregoing Pleading has been served on:

   Aburke@keoghlaw.com                    mmayer@freebornpeters.com
   sgomberg@freebornpeters.com            paul@mengedothlaw.com
   Keith@Keoghlaw.com

by e-filing this   **6th**   day of   **June** , 2008.

                                                                  /s/ Todd E. Macey
                                                                  Todd E. Macey

Kevin W. Doherty (ARDC No.: 3128844)
Todd E. Macey (ARDC No.: 6286767)
DOHERTY & PROGAR LLC
200 West Adams Street, Suite 2220
Chicago, Illinois 60606
312/630-9630
312/630-9001 (fax)