UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Timothy F.L. Hayes
                              Plaintiff,

v.                                                Case No.: 1:08−cv−00632
                                                 Honorable James B. Zagel

First Chicago Mortgage Co., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 12, 2008:

      MINUTE entry before the Honorable James B. Zagel:Status hearing held on 6/12/2008. Motion for extension of time to serve defendant Lambert [35] is granted. Motion to strike [32] is denied as moot. Motion to dismiss [15] is granted. Kroll Factual Data Corporation terminated. Status hearing set for 7/24/2008 at 10:00 AM. Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.