UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY F.L. HAYES, a resident of the United Kingdom ) ) ) Plaintiff, ) v. ) ) FIRST CHICAGO MORTGAGE CO., an Illinois corporation, JASON J. LAMBERT, an Illinois resident, KROLL FACTUAL DATA CORPORATION, a Colorado corporation, JOHN DOES 1-5, and ABC CORPORATIONS 1-5, ) ) ) ) ) ) ) Defendants. ) | No.:   08 C 632 |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on **June 26, 2008**, we e-filed with the Clerk of the Northern District of Illinois, Eastern Division, **Defendant, Jayson J. Lambert's, Answer to Plaintiff's Complaint at Law,** a copy of which is attached hereto and served upon you.

   /s/ Kevin W. Doherty
   Kevin W. Doherty

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Pleading has been served on:

Aburke@keoghlaw.com                   mmayer@freebornpeters.com
sgomberg@freebornpeters.com   paul@mengedothlaw.com
Keith@Keoghlaw.com

by e-filing this **26th** day of **June**, 2008.

   /s/ Todd E. Macey
   Todd E. Macey

Kevin W. Doherty (ARDC No.: 3128844)
Todd E. Macey (ARDC No.: 6286767)
DOHERTY & PROGAR LLC
200 West Adams Street, Suite 2220
Chicago, Illinois 60606
312/630-9630
312/630-9001 (fax)