UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY F.L. HAYES, a resident of the United Kingdom | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No.: 08 C 632 |
| FIRST CHICAGO MORTGAGE CO., an Illinois corporation, JASON J. LAMBERT, an Illinois resident, KROLL FACTUAL DATA CORPORATION, a Colorado corporation, JOHN DOES 1-5, and ABC CORPORATIONS 1-5, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE OF INITIAL DISCLOSURES**

TO:   See Service List Attached

PLEASE TAKE NOTICE that on **July 7, 2008**, we served **Defendant, Jayson J. Lambert's, Initial Disclosures Pursuant to Rule 26(a),** by mailing a copy to the above-named attorneys at their addresses, with proper postage prepaid, and by depositing the same in the United States Post Office box located at 200 W. Adams Street, Chicago, Illinois, 60606.

    /s/ Kevin W. Doherty
    Kevin W. Doherty

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Service has been served on:

| | |
|---|---|
| Aburke@keoghlaw.com | mmayer@freebornpeters.com |
| sgomberg@freebornpeters.com | paul@mengedothlaw.com |
| Keith@Keoghlaw.com | |

by e-filing this __7th__ day of __July__, 2008.

    /s/ Todd E. Macey
    Todd E. Macey

Kevin W. Doherty (ARDC No.: 3128844)
Todd E. Macey (ARDC No.: 6286767)
DOHERTY & PROGAR LLC
200 West Adams Street, Suite 2220
Chicago, Illinois 60606
312/630-9630
312/630-9001 (fax)

**TIMOTHY F.L. HAYES V. FIRST CHICAGO MORTGAGE COMPANY, et Al.**
**COURT NO.:  08 C 632**
**Service List**

Keith James Keogh, Esq.
Law Offices of Keith J. Keogh
227 West Monroe Street, #2000
Chicago, IL 60606
(312) 726-1092
Keith@Keoghlaw.com
***Attorney for Plaintiff***

Paul B. Mengedoth, Esq.
Mengedoth Law Firm LLC
2425 Camelback Road, Suite 600
Phoenix, AZ 85016
(602) 224-7878
paul@mengedothlaw.com
***Attorney for Plaintiff***

Steven Pascal Gomberg, Esq.
Michael Mayer, Esq.
Freeborn & Peters, LLP
311 South Wacker, Suite 3000
Chicago, IL 60606
(312) 360-6647
(312) 360-6574 Fax
sgomberg@freebornpeters.com
mmayer@freebornpeters.com
***Attorney for Defendant***