UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Timothy F.L. Hayes
                                     Plaintiff,

v.                                                                      Case No.: 1:08−cv−00632
                                                                                    Honorable James B. Zagel

First Chicago Mortgage Co., et al.
                                     Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

     Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Sidney I. Schenkier for the purpose of holding proceedings related to: settlement conference.(drw, )Mailed notice.

Dated: August 1, 2008

                                                                                      /s/ James B. Zagel

                                                                                United States District Judge